UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SHELDON JOHN OLIVER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:16-CV-847 AGF |
| PHELPS COUNTY JAIL, | ) ) | |
| Defendant, | ) | |

## MEMORANDUM AND ORDER

Plaintiff, a prisoner, moves for leave to proceed in forma pauperis in this civil action under 42 U.S.C. § 1983. Under 28 U.S.C. § 1915(b), plaintiff is required to submit a certified copy of his prison trust account statement for the six-month period before the filing of the complaint. He has not done so.

Accordingly,

**IT IS HEREBY ORDERED** that, within thirty (30) days from the date of this Order, plaintiff must submit a copy of his prison trust account statement for the six-month period before the filing of the complaint.

Dated this 16th day of June, 2016.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE